IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | CASE NO. DNCW3:98CR182-1 |
| vs. | ) | (Financial Litigation Unit) |
| | ) | |
| BOBBY LEE CAMPBELL. | ) | |

**ORDER OF EXECUTION**

A judgment was entered on June 21, 1999 (Doc. No. 61) in the United States District Court for the Western District of North Carolina pursuant to the Mandatory Victims Restitution Action ("MVRA") in favor of the United States of America and against Defendant Bobby Lee Campbell in the amount of $13,331.94. The balance on the account as of May 26, 2021, is $4,293.84.

On August 4, 2021, the Court entered an Amended Writ of Execution (Doc. No. 134) to the Harsco Corporation Retirement Savings Plan's Trustee, Delaware Charter Guarantee and Trust Company, d/b/a Principal Trust. The parties agree that by virtue of the restitution judgment against Defendant that was entered pursuant to the MVRA, the United States is entitled to execute on any and all funds held in the name of Bobby Lee Campbell, or any and all funds in which he has an interest, namely funds held in trust on his behalf under the Harsco Corporation Retirement Savings Plan, a tax-qualified retirement plan sponsored by the Harsco Corporation.

On June 3, 2021, Defendant was served with the Writ and the Harsco Corporation was served on June 3, 2021. Neither Defendant nor the Harsco Corporation have filed objections. Upon the unopposed Motion of the United States, all monies belonging to Defendant held under the Plan up to the amount in the Amended Writ of Execution (Doc. No. 134), of $4,293.84, shall be liquated pursuant to the terms of the Plan for application to Defendant's outstanding restitution as soon as practicable on or after Defendant's severance from employment with Harsco

Corporation, or any other distributable event under the terms of the Plan. Until Defendant's severance from employment or another distributable event under the terms of the Plan, the account shall remain on hold and Harsco or Principal Trust shall have no obligation to remit funds to the United States.

Payment should be made payable to the United States Clerk of Court and mailed to:

Clerk of the United States District Court
401 West Trade Street
Charlotte, North Carolina 28202

In order to ensure that each payment is credited properly, the following should be included on each check: Court Number DNCW3:98CR182-1.

**SO ORDERED**.

Signed: October 8, 2021

David S. Cayer
United States Magistrate Judge