IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

UNITED STATES OF AMERICA,
　　　　　　　　　Plaintiff,

vs.

BOBBY LEE CAMPBELL,
　　　　　　　　　Defendant,
and

HARSCO CORPORATION,
　　　　　　　　　Garnishee.

CASE NO. DNCW3:98CR182-1
(Financial Litigation Unit)

## CONSENT ORDER OF GARNISHMENT

　　　　The United States of America; the Defendant, Bobby Lee Campbell; and the Garnishee,

Harsco Corporation, (the "Parties") agree and stipulate as follows:

　　　　1.　　　The Defendant is Bobby Lee Campbell, Social Security number ████4523,

whose last known address is:

████████████████████
Charlotte, North Carolina ████.

　　　　2.　　　A criminal judgment was entered on June 21, 1999, in Case No.

DNCW3:98CR182-1 in the Western District of North Carolina against the Defendant in this

action in which Bobby Lee Campbell was ordered to pay an assessment, and restitution in the

amount of $13,331.94. The Parties agree and stipulate that the total balance due in this case is

$4,293.84, as of November 3, 2021.

　　　　3.　　　The Garnishee has in its possession, custody or control property of the Defendant

in the form of wages paid to the Defendant.

　　　　4.　　　The Defendant waives service of an application for a writ of continuing

garnishment as required by 28 U.S.C. § 3205, and further waives his right to a hearing under the

statute and any other process to which the Defendant may be entitled under 28 U.S.C. § 3205, and further waives his right to a hearing and any other process to which the Defendant may be entitled under the Federal Debt Collection Procedures Act, 28 U.S.C. § 3001, *et. seq.*

5.     The Garnishee waives service of an application for a writ of continuing garnishment as required by 28 U.S.C. §3205, and further waives its right to answer or be heard in this matter and any other process to which the Garnishee may be entitled under the Federal Debt Collection Procedures Act, 28 U.S.C. § 3001, *et. seq.*

6.     The Defendant agrees and stipulates that his wages are subject to garnishment under 28 U.S.C. § 3205 and expressly agrees and stipulates that the entry of a Consent Order of Continuing Garnishment is proper.

7.     The Garnishee agrees and stipulates that it is prohibited from discharging the Defendant from employment by reason of the fact that his earnings have been subject to garnishment from any one indebtedness. *See* 15 U.S.C. § 1674.

8.     The Parties agree and stipulate to the entry of a Consent Order of Continuing Garnishment against the non-exempt wages of the Defendant.  It is expressly agreed and stipulated to by the Parties that the Garnishee pay the Plaintiff $50.00 per pay period from the Defendant's earnings and continue said payments until the debt to the Plaintiff is paid in full or until the Garnishee no longer has custody, possession or control of any property belonging to the Defendant or until further Order of this Court. *See* 15 U.S.C. § 1673(a).

9.     The Parties agree and stipulate that the Plaintiff will submit this debt to the Treasury for inclusion in the Treasury Offset Program.  Under this program, any federal payment the Defendant would normally receive may be offset and applied to this debt.

10.     The garnishment payments should be made payable to the United States Clerk of Court and mailed to:

United States Clerk of Court
401 West Trade Street
Charlotte, North Carolina 28202

Respectfully submitted,

~~WILLIAM T. STETZER~~ Dena J. King
~~ACTING~~ UNITED STATES ATTORNEY

Julia K. Wood
Assistant United States Attorney
N. C. Bar No. 51754
227 West Trade Street, Suite 1650
Charlotte, NC 28202
Ph: 704-344-6222
Fx: 704-227-0248
Julia.Wood@usdoj.gov

Agreed and Consented to:

Bobby Lee Campbell
Defendant

Agent for Garnishee
Harsco Corporation

**SO ORDERED.**

Signed:

David S. Cayer
United States Magistrate Judge