IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:98-cr-00182-MOC-SCR

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | | |
| Plaintiff, ) | | |
| ) | | |
| v. ) | | |
| ) | | |
| BOBBY LEE CAMPBELL, ) | **ORDER** | |
| Defendant, ) | | |
| ) | | |
| and ) | | |
| ) | | |
| HARSCO CORPORATION, ) | | |
| Garnishee. ) | | |
| ) | | |

**THIS MATTER IS BEFORE THE COURT** on the Government's Motion for Dismissal of Consent Order of Continuing Garnishment (Doc. No. 140), and for the reasons stated therein and for good cause shown, the Government's motion is **GRANTED**, and the Consent Order of Continuing Garnishment (Doc. No. 137) is **DISMISSED**.

**SO ORDERED**.

Signed: September 13, 2024

Susan C. Rodriguez
United States Magistrate Judge