IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:98-cr-00182-MOC-SCR

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>  Plaintiff,<br><br>v.<br><br>BOBBY LEE CAMPBELL,<br>  Defendant. | ORDER |

**THIS MATTER IS BEFORE THE COURT** on the Government's Motion for Dismissal of Order of Execution (Doc. No. 141), and for the reasons stated therein and for good cause shown, the Government's motion is **GRANTED**, and the Order of Execution (Doc. No. 136) is **DISMISSED**.

**SO ORDERED**.

Signed: September 13, 2024

Susan C. Rodriguez
United States Magistrate Judge